UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: ) Case No. 15-14512-JPS
)
MALOY, PATRICK DONALD ) Chapter 7
MALOY, REBECCA LEE )
       Debtor(s). ) Judge: PRICE.SMITH
)

## MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting: September 8, 2015      Time: 11:30 AM

Debtor(s)' Attorney: JEFFREY H. II WEIR

Examination Conducted by:
   Interim Trustee: Lauren A. Helbling     ( X )
   Elected Trustee:     ( )    Disputed? ( )
   Other:     ( )

Results of Meeting:

| | |
|---|---|
| Held ( X ) | Not Held ( ) |
| Concluded ( X ) | Debtor Failed to Appear ( ) |
| Continued ( ) | Attorney Failed to Appear ( ) |
|   Date: | Rescheduled: yes ( ) no ( ) |
|   Time: | At §341 ( ) Prior to §341 ( ) |

Date:
Time:

Address: Changed to:

Motion to Dismiss to Follow ( )
Address Correct ( X )     Other: See Comments: ( )
                                  707(b) Review:
Case Determined to be:    Asset ( X )    No Action Required ( X )
                             No-asset ( )    Recommend UST Action ( )
                             Undetermined ( )      (see below/letter to follow)

Creditors Present:

| Creditor | Representative | Address & Phone |
|---|---|---|
| | | |

Comments:

                                                /s/ Lauren A. Helbling
                                                Panel Trustee