| Case No: | 15-14512 JPS Judge: JESSICA PRICE.SMITH | Trustee Name: | LAUREN A. HELBLING |
|---|---|---|---|
| Case Name: | MALOY, PATRICK DONALD | Date Filed (f) or Converted (c): | 08/07/15 (f) |
| | MALOY, REBECCA LEE | 341(a) Meeting Date: | 09/08/15 |
| For Period Ending: 09/10/15 | | Claims Bar Date: | Applied for |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate: 3181 Potterstone Way, Akron, OH | 550,000.00 | 0.00 | | 0.00 | FA |
| 2. Unbuildable lot (PPN 04-00-026-108-068) | 0.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 30.00 | 0.00 | | 0.00 | FA |
| 4. Buckeye Community Bank - checking account | 0.00 | 0.00 | | 0.00 | FA |
| 5. FirstMerit Bank - custodial account | 0.00 | 0.00 | | 0.00 | FA |
| 6. FirstMerit Bank - custodial account | 0.00 | 0.00 | | 0.00 | FA |
| 7. Household furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. Books, CDs, pictures | 100.00 | 0.00 | | 0.00 | FA |
| 9. Antiques | 500.00 | 0.00 | | 0.00 | FA |
| 10. Men's and women's clothes | 500.00 | 0.00 | | 0.00 | FA |
| 11. Wedding rings | 500.00 | 0.00 | | 0.00 | FA |
| 12. Earrings, watches, necklaces, bracelets | 500.00 | 0.00 | | 0.00 | FA |
| 13. Watches | 100.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.05a

Case No: 15-14512 JPS Judge: JESSICA PRICE.SMITH  
Case Name: MALOY, PATRICK DONALD  
MALOY, REBECCA LEE  

Trustee Name: LAUREN A. HELBLING  
Date Filed (f) or Converted (c): 08/07/15 (f)  
341(a) Meeting Date: 09/08/15  
Claims Bar Date: Applied for  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Canon digital camera | 50.00 | 0.00 | | 0.00 | FA |
| 15. Golf clubs and bag | 25.00 | 0.00 | | 0.00 | FA |
| 16. Cement Masons (Local 404) union pension | 0.00 | 0.00 | | 0.00 | FA |
| 17. Cement Masons (Local 404) union annuity | 77,907.74 | 1.00 | | 0.00 | 1.00 |
| 18. PDM Concrete 401(k) plan | 0.00 | 0.00 | | 0.00 | FA |
| 19. PDM Concrete, LLC - 100% member | 0.00 | 0.00 | | 0.00 | FA |
| 20. Unpaid loans (PDM Concrete, LLC) | 0.00 | 0.00 | | 0.00 | FA |
| 21. Unpaid distributions/salary (PDM Concrete, LLC) | 0.00 | 0.00 | | 0.00 | FA |
| 22. 2004 Audi A8 (225,000 miles) | 4,450.00 | 0.00 | | 0.00 | FA |
| 23. 2005 Chevy Tahoe (180,000 miles) | 3,500.00 | 0.00 | | 0.00 | FA |
| 24. 2005 Ford F350 pickup truck (215,000 miles) | 0.00 | 0.00 | | 0.00 | FA |
| 25. Preference Claim - Mother (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| TOTALS (Excluding Unknown Values) | $643,162.74 | $2.00 | | $0.00 | Gross Value of Remaining Assets $2.00 |

LFORM1

Ver: 18.05a

Case No: 15-14512 JPS Judge: JESSICA PRICE.SMITH  
Case Name: MALOY, PATRICK DONALD  
MALOY, REBECCA LEE  

Trustee Name: LAUREN A. HELBLING  
Date Filed (f) or Converted (c): 08/07/15 (f)  
341(a) Meeting Date: 09/08/15  
Claims Bar Date: Applied for  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is pursuing funds on deposit (business and personal at Buckeye Community CU), an annuity and a preference to Mrs. Maloy's mother. Trustee also requested business income tax returns. September 08, 2015, 04:03 pm

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 12/31/16

/s/ LAUREN A. HELBLING  
_____ Date: 09/10/15  
LAUREN A. HELBLING

LFORM1

Ver: 18.05a