IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In Re: | ) | Case No. 15-14512 |
|---|---|---|
| | ) | |
| PATRICK DONALD MALOY | ) | Judge JESSICA PRICE.SMITH |
| REBECCA LEE MALOY | ) | |
| | ) | Chapter 7 Case |
| Debtor(s) | ) | |

REQUEST FOR NOTICE TO CREDITORS
TO FILE CLAIMS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

It appears to the trustee that there will be assets for distribution to creditors.

Please issue Notice to Creditors to File Claims.

*/s/ Lauren A. Helbling, Trustee*
Lauren A. Helbling, Trustee
1370 Ontario Street, #450
Cleveland, OH 44113-1744
(216) 781-1164; Fax-(216) 575-1405
lauren@helblinglpa.com

Date:   September 10, 2015