# United States Bankruptcy Court
## Northern District of Ohio

In re: Patrick Donald Maloy
Rebecca Lee Maloy

Debtor(s)

Case No. **15-14512**
Chapter **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
Schedule B
Summary of Schedules

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Thomas John Connick tconnick@connicklawllc.com
Lindsey I. Hall bankruptcy@weinerlaw.com
Lauren A Helbling lauren@helblinglpa.com, rrosalin1969@gmail.com;lhelbling@ecf.epiqsystems.com
Timothy M. Sullivan tim@tmslaw.net, elaine@tmslaw.net;martin@tmslaw.net;Jillian@tmslaw.net
United States Trustee (Registered address)@usdoj.gov
Keith D. Weiner bankruptcy@weinerlaw.com
Amy Good ust08 amy.l.good@usdoj.gov

Date: December 8, 2015

/s/ Jeffrey H. Weir II
Jeffrey H. Weir II (#0067470)
Attorney for Debtor(s)
Jeffrey H. Weir II, Esq.
6145 Park Square Dr., Unit 1 - Box 2
Lorain, OH 44053
440-988-9013 Fax:440-334-1936
jeffreyweirlaw@gmail.com

# United States Bankruptcy Court
## Northern District of Ohio

In re: **Patrick Donald Maloy, Rebecca Lee Maloy**
Debtors

Case No. **15-14512**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 550,000.00 | | |
| B - Personal Property | Yes | 4 | 102,962.74 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 440,118.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 111,283.03 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 141,673.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | 4,211.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,413.99 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| | | Total Assets | 652,962.74 | | |
| | | | Total Liabilities | 693,074.46 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Ohio

In re: Patrick Donald Maloy,
Rebecca Lee Maloy
                                    Debtors

Case No. 15-14512

Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 111,283.03 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 111,283.03 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 4,211.67 |
| Average Expenses (from Schedule J, Line 22) | 8,413.99 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 3,836.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,049.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 110,121.77 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 1,161.26 |
| 4. Total from Schedule F | | 141,673.43 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 143,883.69 |

In re  **Patrick Donald Maloy,**  
      **Rebecca Lee Maloy**  
                               Debtors

Case No. **15-14512**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | cash | J | 30.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Buckeye Community Bank - checking account | J | 0.00 |
| | | | FirstMerit Bank - custodial account | W | 0.00 |
| | | | FirstMerit Bank - custodial account | W | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | household furnishings | J | 5,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books, CDs, pictures | J | 100.00 |
| | | | antiques | J | 500.00 |
| 6. | Wearing apparel. | | men's and women's clothes | J | 500.00 |
| 7. | Furs and jewelry. | | wedding rings | J | 500.00 |
| | | | earrings, watches, necklaces, bracelets | W | 500.00 |
| | | | watches | H | 100.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | Canon digital camera | J | 50.00 |
| | | | golf clubs and bag | H | 25.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                                 Sub-Total >     **7,305.00**  
                                                               (Total of this page)

  **3**    continuation sheets attached to the Schedule of Personal Property

In re  Patrick Donald Maloy,
       Rebecca Lee Maloy,
                                                                    Case No.  **15-14512**
                                                Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Cement Masons (Local 404) union pension | H | 0.00 |
| | | Cement Masons (Local 404) union annuity | H | 77,907.74 |
| | | PDM Concrete 401(k) plan | H | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | PDM Concrete, LLC - 100% member | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >  77,907.74
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Patrick Donald Maloy,**
**Rebecca Lee Maloy**

Case No. **15-14512**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | unpaid loans (PDM Concrete, LLC) | H | 0.00 |
| | | unpaid distributions/salary (PDM Concrete, LLC) | H | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Audi A8 (225,000 miles) | H | 4,450.00 |
| | | 2005 Chevy Tahoe (180,000 miles) | W | 3,500.00 |
| | | 2005 Ford F350 pickup truck (215,000 miles) - inoperable/fuel system problems | H | 1,000.00 |
| | | 1994 Ford dump truck (351,262 miles) - needs diesel/fuel system repair | H | 4,000.00 |
| | | 1996 Ford stakebed truck - inoperable/fuel system problems | H | 750.00 |
| | | 1999 Chevrolet Express van - inoperable | H | 750.00 |
| | | 2004 Peugot 16' trailer | H | 1,500.00 |
| | | 2005 Peugot 18' trailer | H | 1,500.00 |
| | | 2008 Capri 10' landscape trailer | H | 300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total > 17,750.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

15-14512-jps    Doc 44    FILED 12/08/15    ENTERED 12/08/15 19:34:08    Page 6 of 8

In re **Patrick Donald Maloy,** Case No. __15-14512__
     **Rebecca Lee Maloy**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     0.00
(Total of this page)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Total >     102,962.74

(Report also on Summary of Schedules)

In re  Patrick Donald Maloy  
      Rebecca Lee Maloy  
                       Debtor(s)

Case No. **15-14512**  
Chapter **7**

# AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __4__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 8, 2015**      Signature **/s/ Patrick Donald Maloy**  
                                                         Patrick Donald Maloy  
                                                         Debtor

Date **December 8, 2015**      Signature **/s/ Rebecca Lee Maloy**  
                                                         Rebecca Lee Maloy  
                                                        Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.